UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN J. McCARTHY,                       :
                                        :
       Petitioner              :       CIVIL NO. 1:CV-16-0031
  vs.                                   :
                                        :       (Judge Caldwell)
WARDEN EBBERT,                          :
                                        :
       Respondent              :

*O R D E R*

And now, this 20th day of December, upon consideration of McCarthy's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying memorandum, it is ordered that:

    1. The Petition (ECF No. 1) is dismissed due to McCarthy's failure to exhaust his available administrative remedies.

    2. The Clerk of Court is directed to close this case.

                                 /s/ William W. Caldwell
                                 William W. Caldwell
                                 United States District Judge